

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-13-00310-CR

ADULFO CORTEZ, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 137th District Court
Lubbock County, Texas
Trial Court No. 2008-421,536, Honorable John J. "Trey" McClendon, Presiding

June 26, 2014

## ON MOTION TO DISMISS

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Appellant, Adulfo Cortez, perfected his appeal from the trial court's judgment of conviction in which he was adjudged guilty of aggravated assault with a deadly weapon, a second-degree felony, sentenced to seven years' imprisonment.[1]  Appellant filed his Motion to Dismiss Appeal on May 19, 2014.

Because appellant's motion meets the requirements of Rule 42.2 and because this Court has not delivered its decision prior to having received it, we hereby grant said

---

[1] See TEX. PENAL CODE ANN. § 22.02(a)(2) (West 2011).

motion and dismiss the appeal. *See* TEX. R. APP. P. 42.2(a). Having dismissed the appeal at appellant's request, the Court will not entertain a motion for rehearing, and our mandate will issue forthwith.

Mackey K. Hancock
Justice

Do not publish.